FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 12 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Your Honor                                   3/2/2020

I JUST RECIEVED MY ATTORNEY'S WITHDRAW MOTION, AND THE COURT'S ORDER ME TO CEASE WRITING NOTICES. RESPECTFULLY BEFORE THIS CATCH UP LETTER I WROTE THE COURT CLERK ADDRESSED CHIEF JUSTICE JUST TO CLEAR UP THE FACT THAT MY NOTICES WERE NOT APPEAL AND ASKING FOR AN INVESTIGATION INTO PROSECUTION MISCONDUCT. I SIMPLY SENT IT OUT BEFORE I GOT THE COURT'S ORDER SO THERE WILL BE NO MORE.

AS FAR AS MY ATTORNEY DRAWING OUT OF MY CASE, I WARNED THE COURT THAT IT WOULD HAPPEN AND ASKED FOR A COURT HEARING SO IT COULD BE PUT ON RECORD BEFORE THE COURT, AND WE CAN HAVE HER PUT HER REASONS ON RECORD, AND ANSWER QUESTIONS ON RECORD.

I'M ALSO SORRY FOR TAKING JUDICIAL NOTICE OUT OF CONTEXTS IT WAS MY UNDERSTANDING THAT IT WAS TO MAKE A COURT TAKE PROPER NOTICE OF A FACT AND THAT YOU COULD DO THAT ANY TIME BEFORE OR AFTER SENTENCE. EVERYTHING I SAID WAS FACTS NOT MENT TO BACKDOOR AN APPEAL. I WAS UNDER THE IMPRESSION MY APPEAL WASN'T PUT IN YET AND THAT MY CASE WAS STILL IN THE DISTRICT COURT. I'M SORRY FOR MISS UNDERSTANDING I NEED A NEW ATTORNEY AND CONTINUANCE,

CHARLESTON WV 250
06 MAR 2020 PM 4 L

JUDGE CHARLES PENNY
UNITED STATES COURTHOUSE
75 TED TURNER DR
ATLANTA, GA 30303

CLEARED
MAR -9 2020
U.S. Marshals
Atlanta, GA

INMATE NAME: LENARD GIBBS
REGISTER # 57366-019
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224